01/07/2013                      Mansfield Correctional Institution

                                Inmate Demand Statement (Summary)

Inmate Name:     BARCLAY, MARK A                                        Number: A434816
Lock Location:   ManCI,1,D,B,,239

                        Date Range: 08/01/2012   Through     01/08/2013

Beginning Account Balances:                            Ending Account Balances:

|  | Saving | Debt | Payable |  | Saving | Debt | Payable |
|---|---|---|---|---|---|---|---|
| Electronics Usage | $0.00 | $0.00 | $1.00 | Electronics Usage C | $0.00 | $0.00 | $1.00 |
| Inmate's Person | $0.01 | $0.00 | $0.00 | Inmate's Personal A | $41.77 | $0.00 | $0.00 |
| **Begin Totals** | **$0.01** | **$0.00** | **$1.00** | **End Totals** | **$41.77** | **$0.00** | **$1.00** |

| Transaction Date / Inst. | Transaction Amount | Description | Comment | Saving Balance | Debt Balance | Payable Balance |
|---|---|---|---|---|---|---|
| 08/01/2012 ManCI | $0.00 | $15.00 Reservation to Pos Exemption | Odrc Pos Exemption | $0.01 | $0.00 | $1.00 |
| 08/01/2012 ManCI | ($1.00) | Payment to Treasurer, State of Ohio | Electric Co-Pay July ManCI | $0.01 | $0.00 | $0.00 |
| 08/03/2012 ManCI | $82.11 | Ohio Penal Industries Payroll | OPI Shop 0753 | $82.12 | $0.00 | $0.00 |
| 08/03/2012 ManCI | ($1.00) | Electronics Usage Charge | Electronic Usage Charge | $81.12 | $0.00 | $1.00 |
| 08/03/2012 ManCI | ($8.21) | Withdrawal to COMMUNITY TEMPLE CHURCH OF GOD IN CHRIST |  | $72.91 | $0.00 | $1.00 |
| 08/06/2012 ManCI | ($71.66) | Commissary Sale | Ticket Number 333286 | $1.25 | $0.00 | $1.00 |
| 08/10/2012 ManCI | ($2.00) | Medical Co-Payment | 08.09.12 | $0.00 | ($0.75) | $2.25 |
| 08/31/2012 ManCI | ($1.25) | Payment to Medical Co-Pay Fund | Med. Co Pays August 2012 | $0.00 | ($0.75) | $1.00 |
| 09/01/2012 ManCI |  | $15.00 Reservation to Pos Exemption | Odrc Pos Exemption | $0.00 | ($0.75) | $1.00 |
| 09/04/2012 ManCI | ($1.00) | Payment to Treasurer, State of Ohio | August Elec. Co-Pays | $0.00 | ($0.75) | $0.00 |
| 09/07/2012 ManCI | $90.95 | Ohio Penal Industries Payroll | OPI Shop 0753 | $90.20 | $0.00 | $0.75 |
| 09/07/2012 ManCI | ($1.00) | Electronics Usage Charge | Electronic Usage Charge | $89.20 | $0.00 | $1.75 |

| Location/Date | Amount/Description | Reference | Balance | | |
|---|---|---|---|---|---|
| 09/10/2012 | ($79.46) Commissary Sale | Ticket Number 338278 | $9.74 | $0.00 | $1.75 |
| ManCI 09/14/2012 | $40.00 OffConnect Kiosk Deposit | 4138439226761437491/BARCLAY, STEVEN | $49.74 | $0.00 | $1.75 |
| ManCI 09/14/2012 | $40.00 Money Order | Money Order | $89.74 | $0.00 | $1.75 |
| ManCI 09/14/2012 | ($2.70) Postage Charges (USPS) | | $87.04 | $0.00 | $1.75 |
| ManCI 09/19/2012 | $50.00 Money Order | Money Order | $137.04 | $0.00 | $1.75 |
| ManCI 09/24/2012 | ($79.13) Commissary Sale | Ticket Number 340624 | $57.91 | $0.00 | $1.75 |
| ManCI 09/27/2012 | ($2.30) Postage Charges (USPS) | | $55.61 | $0.00 | $1.75 |
| ManCI 09/28/2012 | ($0.75) Payment to Medical Co-Pay Fund | Sept. Medical Co-Pays | $55.61 | $0.00 | $1.00 |
| ManCI 10/01/2012 | ($15.00) Inmate's Personal Account | POS Exemption Transfer | $40.61 | $0.00 | $1.00 |
| ManCI 10/01/2012 | $15.00 Pos Exemption | POS Exemption Transfer | $55.61 | $0.00 | $1.00 |
| ManCI 10/01/2012 | ($54.48) Commissary Sale | Ticket Number 341770 | $1.13 | $0.00 | $1.00 |
| ManCI 10/02/2012 | ($1.00) Payment to Treasurer, State of Ohio | Electric Co-Pay Sept. ManCI | $1.13 | $0.00 | $0.00 |
| ManCI 10/05/2012 | $77.56 Ohio Penal Industries Payroll | OPI Shop 0753 | $78.69 | $0.00 | $0.00 |
| ManCI 10/05/2012 | ($1.00) Electronics Usage Charge | Electronic Usage Charge | $77.69 | $0.00 | $1.00 |
| ManCI 10/09/2012 | ($66.90) Commissary Sale | Ticket Number 342582 | $10.79 | $0.00 | $1.00 |
| ManCI 10/22/2012 | $15.00 OffConnect Kiosk Deposit | 4178759158136856883/BARCLAY, STEVEN | $25.79 | $0.00 | $1.00 |
| ManCI 10/22/2012 | ($10.79) Commissary Sale | Ticket Number 344968 | $15.00 | $0.00 | $1.00 |
| ManCI 10/29/2012 | ($14.98) Commissary Sale | Ticket Number 345888 | $0.02 | $0.00 | $1.00 |
| ManCI 11/01/2012 | $0.00 $15.00 Reservation to Pos Exemption | Odrc Pos Exemption | $0.02 | $0.00 | $1.00 |

Page: 2/16    A434816    BARCLAY, MARK A    ManCI    01/07/2013

| Location | Date | Amount/Description | Reference | Balance | | |
|---|---|---|---|---|---|---|
| ManCI | 11/01/2012 | ($1.00) Payment to Treasurer, State of Ohio | ManCI Electric | $0.02 | $0.00 | $0.00 |
| ManCI | 11/05/2012 | $25.00 OffConnect Kiosk Deposit | 4228043231552102706/BARCLAY, STEVEN | $25.02 | $0.00 | $0.00 |
| ManCI | 11/09/2012 | $122.52 Ohio Penal Industries Payroll | OPI Shop 0753 | $147.54 | $0.00 | $0.00 |
| ManCI | 11/09/2012 | ($1.00) Electronics Usage Charge | Electronic Usage Charge | $146.54 | $0.00 | $1.00 |
| ManCI | 11/13/2012 | ($74.51) Commissary Sale | Ticket Number 347356 | $72.03 | $0.00 | $1.00 |
| ManCI | 11/14/2012 | ($40.00) Withdrawal to ACCESS CORRECTIONS | | $32.03 | $0.00 | $1.00 |
| ManCI | 11/26/2012 | ($30.06) Commissary Sale | Ticket Number 349689 | $1.97 | $0.00 | $1.00 |
| ManCI | 12/01/2012 | $0.00 $15.00 Reservation to Pos Exemption | Odrc Pos Exemption | $1.97 | $0.00 | $1.00 |
| ManCI | 12/03/2012 | ($1.00) Payment to Treasurer, State of Ohio | Nov. Elec. Co-Pays ManCI | $1.97 | $0.00 | $0.00 |
| ManCI | 12/03/2012 | ($1.97) Commissary Sale | Ticket Number 350738 | $0.00 | $0.00 | $0.00 |
| ManCI | 12/07/2012 | $134.40 Ohio Penal Industries Payroll | OPI Shop 0753 | $134.40 | $0.00 | $0.00 |
| ManCI | 12/07/2012 | ($1.00) Electronics Usage Charge | Electronic Usage Charge | $133.40 | $0.00 | $1.00 |
| ManCI | 12/10/2012 | ($84.41) Commissary Sale | Ticket Number 351404 | $48.99 | $0.00 | $1.00 |
| ManCI | 12/24/2012 | ($47.48) Commissary Sale | Ticket Number 353968 | $1.51 | $0.00 | $1.00 |
| ManCI | 12/31/2012 | ($1.49) Commissary Sale | Ticket Number 354806 | $0.02 | $0.00 | $1.00 |
| ManCI | 01/01/2013 | $0.00 $15.00 Reservation to Pos Exemption | Odrc Pos Exemption | $0.02 | $0.00 | $1.00 |
| ManCI | 01/02/2013 | ($1.00) Payment to Treasurer, State of Ohio | Dec. Electric Co-Pays | $0.02 | $0.00 | $0.00 |
| ManCI | 01/04/2013 | $135.59 Ohio Penal Industries Payroll | OPI Shop 0753 | $135.61 | $0.00 | $0.00 |
| ManCI | | | | | | |

| Date | Description | Detail | | | |
|---|---|---|---|---|---|
| 01/04/2013 ManCl | ($1.00) Electronics Usage Charge | Electronic Usage Charge | $134.61 | $0.00 | $1.00 |
| 01/07/2013 ManCl | ($2.80) Copy Charges | | $131.81 | $0.00 | $1.00 |
| 01/07/2013 ManCl | ($90.04) Commissary Sale | Ticket Number 355443 | $41.77 | $0.00 | $1.00 |