# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| MARK BARCLAY, | ) | CASE NO. 5:13-cv-124 |
|---|---|---|
| PETITIONER, | ) | JUDGE SARA LIOI |
| v. | ) | **JUDGMENT ENTRY** |
| TERRY TIBBLES, Warden, | ) | |
| RESPONDENT. | ) | |

For the reasons set forth in contemporaneously filed memorandum opinion, the petition for writ of habeas corpus under 28 U.S.C. § 2254 is DENIED. Further, the Court certifies that an appeal from this decision could not be taken in good faith and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 1915(a)(3), 2253(c); Fed. R. App. P. 22(b).

**IT IS SO ORDERED**.

Dated: May 1, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**